In the Matter of the Application of PHILIP LITTMAN, Respondent, against PHILIP ORDOVER, President of the PHILIDOR REALTY AND MORTGAGE TITLE CO.,

Inc., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.